**BROCSONIC COMPANY, LTD.,**
**Plaintiff–Appellant,**

v.

**M/V "MATHILDE MAERSK", M/V "Marchen Maersk", M/V "Marit Maersk", M/V "Mette Maersk", their engines, boilers, tackle, etc., Defendants,**

**Maersk Inc., Dampskibsselakabet AF 1912, and Aktireselakab and Aktieselskabet Dampskibsselskabet Svendborg, Defendants–Appellees.**

**Docket No. 00–9534.**

United States Court of Appeals,
Second Circuit.

Argued: Oct. 10, 2001.

Decided: Oct. 16, 2001.

---

Edward A. Keane, New York, NY, (Mahoney & Keane, New York, NY, on the brief), for Plaintiff–Appellant.

PETER J. GUTOWSKI, New York, NY, (Gina M. Venezia, Freehill, Hogan & Mahar, New York, NY, on the brief), for Defendants–Appellees.

Before NEWMAN and KEARSE, Circuit Judges, CARMAN, Chief Judge.*

PER CURIAM:

Plaintiff Brocsonic Company appeals from a final judgment of the United States District Court for the Southern District of New York, Leonard B. Sand, *Judge*, dismissing for lack of admiralty jurisdiction the plaintiff shipper's action seeking damages for misdelivery of cargo stored by the defendant carrier, at plaintiff's request, for some 18 months after the completion of carriage. We affirm substantially for the reasons stated in Judge Sand's opinion, reported at 120 F.Supp.2d 372 (2000).